UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID THOMAS, JR.** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 07-3251 |
| | § | |
| **HOUSTON POLICE OFFICERS** | § | |
| **C. ZAKHORIA, C. ROZEK, J. CHASE,** | § | |
| **DANIEL GARZA and JOHN DOE** | § | |
| **OFFICERS 1-3, HOUSTON POLICE** | § | **JURY TRIAL DEMANDED** |
| **OFFICERS in their individual and** | § | |
| **supervisory capacities** | § | |

## ORDER

BE ADVISED that Defendants' Motion for Reconsideration and Further Ruling (on Defendants' Motion for Summary Judgement [Doc. 35]) is Granted.

SIGNED the _____ day of _____, 2009.

_____
JUDGE GRAY H. MILLER
United States District Judge